UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------

| | | |
|---|---|---|
| SHERELYNN LEHMAN, | : | CASE NO. 1:18CV02599 |
| Plaintiff, | : | |
| vs. | : | ORDER TO SHOW CAUSE |
| CYLCOMM LLC, | : | |
| Defendant. | : | |

-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Defendant, Cylcomm LLC, was served by personal service on November 13, 2018, with a copy of the complaint.  Upon review of the docket, no answer on behalf of said defendant has been filed.

The plaintiff is requested to submit an appropriate **motion**, affidavit, request for entry of default, and proposed order for default judgment by **January 24, 2019**, or show cause why said defendant should not be dismissed for want of prosecution.

IT IS SO ORDERED.


Dated:  January 9, 2019                              *s/     James S. Gwin*
                                                     JAMES S. GWIN
                                                     UNITED STATES DISTRICT JUDGE