UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **SHERELYNN LEHMAN**, <br><br> *Plaintiff*, <br><br> v. <br><br> **CYLCOMM LLC, D/B/A DIRECT LODGING.COM**, <br><br> *Defendant*. | CASE NO. 1:18-cv-2599 <br><br> JUDGE JAMES S. GWIN <br><br> NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |

Plaintiff, Sherelynn Lehman, hereby gives notice that the above captioned action is voluntarily dismissed, pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, with prejudice.

                                    Respectfully submitted,

                                    **SHERELYNN LEHMAN**,

Dated: February 1, 2019         By:   /s/Adam T. Savett
                                              One of Plaintiff's Attorneys

                                    Adam T. Savett (VA73387)
                                    **SAVETT LAW OFFICES LLC**
                                    2764 Carole Lane
                                    Allentown Pennsylvania 18104
                                    Telephone: (610) 621-4550
                                    Facsimile: (610) 978-2970
                                    E-mail: adam@savettlaw.com

                                    *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I, Adam T. Savett, hereby certify that on February 1, 2019 this document was filed through the Court's electronic filing system and will be sent electronically to the parties via the Court's electronic filing system. An electronic copy was also served on Defendant's counsel via electronic mail.

                     /s/ Adam T. Savett