Dismissal with prejudice approved 2/4/19.
s/ *James S. Gwin*
JAMES S. GWIN
UNITED STATES
DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **SHERELYNN LEHMAN**, <br><br> *Plaintiff,* <br><br> v. <br><br> **CYLCOMM LLC, D/B/A DIRECT LODGING.COM**, <br><br> *Defendant.* | CASE NO. 1:18-cv-2599 <br><br> JUDGE JAMES S. GWIN <br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Plaintiff, Sherelynn Lehman, hereby gives notice that the above captioned action is voluntarily dismissed, pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, with prejudice.

Respectfully submitted,

**SHERELYNN LEHMAN**,

Dated: February 1, 2019

By: ___/s/Adam T. Savett_____
    One of Plaintiff's Attorneys

Adam T. Savett (VA73387)
**SAVETT LAW OFFICES LLC**
2764 Carole Lane
Allentown Pennsylvania 18104
Telephone: (610) 621-4550
Facsimile: (610) 978-2970
E-mail: adam@savettlaw.com

*Attorneys for Plaintiff*